FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jun 18, 2025
SEAN F. MCAVOY, CLERK

Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Avenue
Post Office Box 21
Richland, WA, 99352
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN MICHAEL DIAZ,

Defendant.

4:25-CR-6024-MKD

INDICTMENT

Vios: 18 U.S.C. § 2252A(a)(2), (b)(1)
Distribution of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(2), (b)(1)
Receipt of Child Pornography
(Count 2)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 3)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Between on or about April 2, 2024, and September 9, 2024, in the Eastern District of Washington, the Defendant, STEVEN MICHAEL DIAZ, having

previously been convicted of Child Molestation in the Third Degree, in violation of WASH. REV. CODE § 9A.44.089, in the Superior Court of Washington State, County of Benton, Case No. 15-1-00642-1, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including, but not limited to, the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

COUNT 2

Between on or about February 4, 2023, and September 9, 2024, in the Eastern District of Washington, the Defendant, STEVEN MICHAEL DIAZ, having previously been convicted of Child Molestation in the Third Degree, in violation of WASH. REV. CODE § 9A.44.089, in the Superior Court of Washington State, County of Benton, Case No. 15-1-00642-1, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was

transported via any means or facility of interstate and foreign commerce, to wit: still images and video files depicting minor and prepubescent children engaging in sexually explicit conduct including actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

COUNT 3

Between on or about February 4, 2023, and September 9, 2024, in the Eastern District of Washington, the Defendant, STEVEN MICHAEL DIAZ, having previously been convicted of Child Molestation in the Third Degree, in violation of WASH. REV. CODE § 9A.44.089, in the Superior Court of Washington State, County of Benton, Case No. 15-1-00642-1, which was a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2252A(a)(2),(b)(1) and/or 18 U.S.C. § 2252A(a)(5)(B),(b)(2), as set forth in this Indictment, the Defendant, STEVEN MICHAEL DIAZ, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 18 day of June, 2025.

A TRUE BILL

[redacted]

Rich Barker

Richard R. Barker
Acting United States Attorney

Laurel J. Holland

Laurel J. Holland
Assistant United States Attorney